No. 90–969.   PHELPS v. PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 90–973.   SIDWELL CO. v. REAL ESTATE DATA, INC. C. A. 7th Cir.   Certiorari denied.

No. 90–975.   MID-COUNTY MOTORS, INC. v. UNITED STATES. C. A. 2d Cir.   Certiorari denied.

No. 90–977.   RPM MANAGEMENT CO., INC., ET AL. v. CHOWNING ET AL.   Ct. App. Ark.   Certiorari denied.

No. 90–979.   GARRISON v. CITY OF INDIANAPOLIS ET AL. C. A. 7th Cir.   Certiorari denied.

No. 90–981.   SECURITIES MANAGEMENT & RESEARCH, INC., ET AL. v. SWIFT ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 90–982.   SAHNI v. HARBOR INSURANCE CO. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 90–986.   ARMCO EXPORT SALES CORP. ET AL. v. COMPTROLLER OF THE TREASURY OF MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 90–989.   CALDOR, INC. v. HESLIN, COMMISSIONER OF CONSUMER PROTECTION, ET AL.   Sup. Ct. Conn.   Certiorari denied.

No. 90–995.   WRIGHT v. ARLINGTON COUNTY DEPARTMENT OF SOCIAL SERVICES.   Sup. Ct. Va.   Certiorari denied.

No. 90–999.   JACOBS v. UNITED STATES.   Ct. Mil. App.   Certiorari denied.

No. 90–1001.   WESTMORELAND v. UNITED STATES.   Ct. Mil. App.   Certiorari denied.

No. 90–1005.   BAKER v. MECKLENBURG COUNTY, NORTH CAROLINA, ET AL.   C. A. 4th Cir.   Certiorari denied.